**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:26-CV-66**
**Judge Thomas S. Kleeh**

**TOWN OF WORTHINGTON, WEST VIRGINIA, DEBORAH K. HEFLIN, in her individual and official capacities as Mayor of the Town of Worthington; OFFICER GUMP, in his individual capacity; JOHN DOE OFFICER #2, individually; ROGER CUNNINGHAM, as Sheriff of Marion County, in his individual and official capacities; MARION COUNTY, WEST VIRGINIA; DEREK [LAST NAME UNKNOWN], individually; RENEE COURTNEY,**

**Defendants.**

# NOTICE OF APPEARANCE

To the Court and all parties in the above-styled action, please take notice that Tiffany R. Durst, Esq. will be representing Defendants, Marion County, West Virginia, Roger Cunningham, as Sheriff of Marion County, in his individual and official capacities, Officer Gump, in his individual capacity, and John Doe Officer #2, in the above-styled action. Ms. Durst is a member of Flaherty Sensabaugh Bonasso, PLLC, and works in the Morgantown, West Virginia office of Flaherty Sensabaugh Bonasso, PLLC. All future pleadings, notices, and correspondence may be served upon or directed to Tiffany R. Durst, Esq., as counsel for Defendants, Marion County, West Virginia, Roger Cunningham, as Sheriff of Marion County, in his individual and

official capacities, Officer Gump, in his individual capacity, and John Doe Officer #2, West Virginia, by mailing them to the following address:

Tiffany R. Durst, Esq.
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
Telephone: (304) 598-0788
Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com

Dated this 24th day of August, 2026.

**Defendants, Marion County, West Virginia, Roger Cunningham, as Sheriff of Marion County, in his individual and official capacities, Officer Gump, in his individual capacity, and John Doe Officer #2, By Counsel:**

/s/ Tiffany R. Durst
Tiffany R. Durst, WV State Bar No. 7441

**FLAHERTY SENSABAUGH BONASSO PLLC**
48 Donley Street, Suite 501, Morgantown, West Virginia 26501
Telephone: (304) 598-0788 | Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:26-CV-66**
**Judge Thomas S. Kleeh**

**TOWN OF WORTHINGTON, WEST VIRGINIA, DEBORAH K. HEFLIN, in her individual and official capacities as Mayor of the Town of Worthington; OFFICER GUMP, in his individual capacity; JOHN DOE OFFICER #2, individually; ROGER CUNNINGHAM, as Sheriff of Marion County, in his individual and official capacities; MARION COUNTY, WEST VIRGINIA; DEREK [LAST NAME UNKNOWN], individually; RENEE COURTNEY,**

**Defendants.**

# CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, Marion County, West Virginia, Roger Cunningham, as Sheriff of Marion County, Officer Gump, and John Doe Officer #2, does hereby certify on this 24th day of August, 2026, that a true copy of the foregoing "**NOTICE OF APPEARANCE"** was uploaded to the CM/ECF system and served on the following as follows:

Stephen P. New, Esq.
STEPHEN NEW AND ASSOCIATES
P.O. Box 5516
430 Harper Park Drive
Beckley, WV 25801
*Counsel for Plaintiff*

/s/ Tiffany R. Durst
Tiffany R. Durst, WV State Bar No. 7441

**FLAHERTY SENSABAUGH BONASSO PLLC**
48 Donley Street, Suite 501, Morgantown, West Virginia 26501
Telephone: (304) 598-0788 | Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com