FILED

SEP 11 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MICHAEL BOWMAN,
Plaintiff,
v.
TOWN OF WORTHINGTON, et al.,
Defendants.

Civil Action No. 1:26-cv-66 (Kleeh)

**DEFENDANT RENEE COURTNEY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5) AND 12(b)(6)**

Defendant Carole Renee Courtney, appearing pro se, respectfully moves the Court to[1] dismiss the claims asserted specifically against her in Counts VII and XII of Plaintiff's Complaint.

First, Count VII fails to state a claim for conspiracy under 42 U.S.C. § 1983 because the Complaint does not plead facts plausibly establishing that Courtney, a private citizen, entered into an agreement or mutual understanding with any state actor to deprive Plaintiff of a constitutional right.

Second, Count XII fails to state a claim for defamation or false light invasion of privacy under West Virginia law because the Complaint does not identify the allegedly false statements of fact attributed to Courtney or plead sufficient facts establishing the falsity required for either claim.

Third, Defendant additionally asserts and preserves her objection to insufficient service of process under Rule 12(b)(5). The summons provided to Defendant on August 25, 2026 was not accompanied by the Complaint as required by Rule 4(c)(1). Defendant does not rely upon that defect as the principal basis for dismissal and has timely responded after obtaining the Complaint electronically later that evening.

Defendant therefore requests dismissal of Counts VII and XII under Rule 12(b)(6), with prejudice. In the alternative, if Count VII is dismissed but Count XII is not dismissed under Rule 12(b)(6), Defendant requests that the Court consider declining supplemental jurisdiction



1 Defendant is identified in Plaintiff's Complaint as "Renee Courtney." Defendant's full legal name is Carole Renee Courtney, which she uses for purposes of this filing and signature.

over the remaining state-law claim against her under 28 U.S.C. § 1367. Defendant further requests such relief as the Court deems appropriate concerning her Rule 12(b)(5) objection.

The grounds and authorities supporting this Motion are set forth in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Carole Renee Courtney

Carole Renee Courtney
Defendant, Pro Se
1711 Hamill Ave.
Clarksburg, WV 26301
304-844-4206
renee.mtnstatement@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MICHAEL BOWMAN,
Plaintiff,
v.
TOWN OF WORTHINGTON, et al.,
Defendants.

Civil Action No. 1:26-cv-66 (Kleeh)

## CERTIFICATE OF SERVICE

I, Carole Renee Courtney, appearing pro se, hereby certify that on SEPTEMBER 11, 2026, I served a true and correct copy of Defendant Renee Courtney's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6), together with the accompanying Memorandum in Support, Declaration in Support of the Rule 12(b)(5) Objection, and Exhibits A, B, and C, by depositing the same in the United States Mail, postage prepaid, by Certified Mail, addressed to counsel of record for Plaintiff:

Stephen P. New
Stephen New & Associates
430 Harper Park Drive
Beckley, WV 25801

/s/ Carole Renee Courtney
Carole Renee Courtney
Defendant, Pro Se