UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MICHAEL BOWMAN, Civil Action No. 1:26-cv-66 (Kleeh)
Plaintiff,
v.
TOWN OF WORTHINGTON, et al.,
Defendants.

**DECLARATION OF CAROLE RENEE COURTNEY IN SUPPORT OF RULE 12(b)(5) OBJECTION**

I, Carole Renee Courtney, declare as follows:

1. I am a Defendant in this action and make this declaration from my personal knowledge solely concerning the circumstances under which I received the summons and Complaint.

2. After learning that a summons naming me had been filed, on August 13, 2026, I emailed Plaintiff's counsel and expressly offered to coordinate acceptance of service. I confirmed that the address on the summons was correct, explained that I work during normal business hours and that my husband works overnight and sleeps during the day, and provided my telephone number and email address so that service could be coordinated. The email transmitting that correspondence, together with the attached letter, is attached as Exhibit A.

3. I received no response to that request. On August 25, 2026, a process server telephoned me after first attempting service at my residence. I coordinated directly with him, left work, and met him at an agreed location.

4. At that meeting, I received only the summons. After the process server departed, I discovered that the summons directed me to respond within 21 days to the attached Complaint, but no Complaint had been attached or otherwise provided to me.

5. I contacted the process server and informed him that the Complaint was missing. He stated that he had served the summons based upon the instructions given to him and offered to email the Complaint to me. At 8:02 p.m. on August 25, 2026, I received an email from the process server containing the word "here" and an attachment identified as "marion co

complaint.pdf." A true and correct copy of that email is attached as Exhibit B. The Complaint transmitted with that email is already part of the record in this action and is not duplicated as part of Exhibit B.

6. I have not attempted to avoid or delay these proceedings and have treated August 25, 2026 as the date from which to calculate my response period.

7. On August 31, 2026, I sent Plaintiff's counsel a written follow-up documenting the circumstances of service, including that only the summons had been provided to me and that I subsequently obtained the Complaint electronically from the process server. I reiterated that I had no intention of avoiding or delaying the proceedings and advised that I would calculate my 21-day response period from August 25, 2026. The process server was copied on that correspondence. I received no response from Plaintiff's counsel. A true and correct copy of that email and its attachment is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: SEPTEMBER 11, 2026

Carole Renee Courtney
Defendant, Pro Se