# EXHIBIT A

August 13, 2026 Correspondence to Plaintiff's Counsel Regarding Acceptance of Service

Gmail **C. Renee Courtney <renee.mtnstatement@gmail.com>**

---

## Notice of Willingness to Accept Service – Civil Action No. 1:26-cv-66

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Aug 13, 2026 at 7:21 AM
To: steve@newlawoffice.com
Cc: "C. Renee Courtney" <renee.mtnstatement@gmail.com>

Mr. New,

Attached, please find correspondence regarding my willingness to accept service in **Civil Action No. 1:26-cv-66**.

Should you wish to coordinate service, please feel free to contact me using the information provided in the attached letter.

Thank you for your attention to this matter.

Respectfully,
/s/C. Renee Courtney
cc self

---

**Notice of Willingness to Accept Service - Civil Action No. 1-26-cv-66.pdf**
57K

**August 13, 2026**

Stephen P. New
Stephen New & Associates
430 Harper Park Drive
Beckley, WV 25801

**Re: Civil Action No. 1:26-cv-66**

It has come to my attention that a summons naming me in Civil Action No. 1:26-cv-66 was filed on August 3, 2026.

Given that ten days have now passed since the summons was filed, I am contacting you, as counsel for the plaintiff, to advise that I am fully prepared to accept service.

Although the address listed on the summons is correct, I work during normal business hours and would not be present at my residence during the times service would most likely be attempted. Coordinating service in advance would avoid unnecessary delay, expense, and disruption, including disturbance to my husband, who works the overnight shift and sleeps during the day.

In an effort to facilitate timely service, I am available to make arrangements to accept service at a time that works for you.

I can be reached by telephone at 304-844-4206 or by email at renee.mtnstatement@gmail.com to coordinate a mutually convenient time and place.

Thank you for your attention to this matter.

Respectfully,
/s/C. Renee Courtney
1711 Hamill Ave.
Clarksburg, WV 26301

renee.mtnstatement@gmail.com
304-844-4206