# EXHIBIT B

August 25, 2026 Email from Process Server Transmitting Complaint Electronically

Gmail

C. Renee Courtney <renee.mtnstatement@gmail.com>

---

## (no subject)

---

**john miller** <paratrooper1955@gmail.com> Tue, Aug 25, 2026 at 8:02 PM
To: "renee.mtnstatement@gmail.com" <renee.mtnstatement@gmail.com>

here

---

**marion co complaint.pdf**
230K