**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

Michael Bowman

Plaintiff(s)

vs. Case No: 1:26-cv-66

Town of Worthington, West Virginia, et al

Defendant(s)

# Notice of General Guidelines for Appearing Pro Se[1] In Federal Court

**The above styled action has been assigned to the United States District Judge Kleeh and United States Magistrate Judge Aloi.**

Listed below are some guidelines that are relevant to your case:

- **Current Address:** Keep the Court and opposing counsel, if any, advised of your most current address **at all times**. Failure to do so may result in your action being dismissed without prejudice.

- **Contacting the Court:** Do not send letters or documents directly to the judge(s) assigned to your case. All contact with the Court must be in writing and sent to the following address:

  US. District Court
  500 W. Pike Street
  Clarksburg, WV 26302

- **Sending Documents to the Court:** When filing documents with the Court, **always** file the original plus two copies of each one with the Clerk's Office (use the address noted above).

[1] Pro Se means acting as your own attorney.

- **Sending Documents to the Respondent:** If the respondent has responded in the case you are **required** to send a copy of any documents you send to the Court to his or her counsel. You let the Court know that you've done this by completing a certificate of service and attaching it to the original of the document and all copies before you send them to the Court and to the respondent. (sample certificate attached)

- **Legal Advice:** The District Judges, Magistrate Judges, Pro Se Law Clerk and the Clerk's Office cannot provide you with legal advice. They can provide you with the proper forms to file civil actions and advise you as to the status of your case. For example, if you write in and ask "What is happening in my case?" The Clerk can advise you that it is still before the magistrate, or it is now before the district judge. The Clerk cannot answer questions such as "Should I file a motion for appointment of counsel?" or similar questions. You have to decide those questions on your own. If you have any questions, please contact the Clerk's Office (use address above).

- **Rules:** Your case is subject to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of West Virginia. For prisoners, a copy of each of these should be located at your institution for your use. If not, please contact us at the address above and we will contact the institution to ensure that it has a copy of those rules to provide for your use.

- **Pro Se Packet:** Pro se filers, other than prisoners, should request a Pro Se packet from the Court.

- **E-Government Act:** The E-Government Act of 2002 prohibits litigants from including personal data identifiers in court filings. The Act specifically applies to the following personal data identifiers:

  **(1) Social Security Numbers:** use only the last four digits of that number.
  **(2) Names of Minor Children:** use only the child's initials.
  **(3) Dates of Birth:** use only the year
  **(4) Financial Account Numbers:** use only the last four digits of these numbers.
  **(5) Home Address in Criminal Cases:** include only the city and state.

If you must include any information that violates this guidance, file a redacted copy with the Court pursuant to LR Gen P 5.08. <u>The responsibility for redacting these personal identifiers rests solely with the filer.</u> The Clerk will not review each filing for compliance with the E-Government Act or with LR Gen P 5.08.

AT THE DIRECTION OF THE COURT
Stephanie Hainer Ojeda, Clerk of Court
By: S. Cole
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| | ) |
| ______________________________ | ) |
| | ) |
| ______________________________, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ______________________________ | ) Civil Action No.: |
| | ) |
| ______________________________ | ) |
| | ) |
| ______________________________ | ) |
| | ) |
| ______________________________ | ) |
| | ) |
| ______________________________. | ) |
| | ) |

Certificate of Service

I, (your name here), appearing pro se, hereby certify that I have served the foregoing (title of document being sent) upon the defendant/respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant/respondent on (insert date here):

*(List name and address of counsel for defendant/respondent)*

______________________________
(sign your name)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

______________________________________

______________________________________

______________________________________

**v.** **Case Number:** ________________________

______________________________________

______________________________________

______________________________________

______________________________________

## NOTICE OF CHANGE OF ADDRESS AND/OR CONTACT INFORMATION FOR PRO SE LITIGANTS

***(Note: You must keep your contact information (address and phone number) current with the Court. The Court and opposing counsel will send orders, correspondence, motions, pleadings, notices, etc., to the last address filed with the Court in writing. Please file a separate Notice of Change of Address form for each case in which you are involved.)***

I hereby notify the Court that my address has changed as follows:
Your name:__________________________________________________________

Old Address: ________________________________________________________
________________________________________________________________
________________________________________________________________

New Address: ________________________________________________________
________________________________________________________________
________________________________________________________________

My current telephone number is: __________________________________________

I hereby request that copies of any future orders, correspondence, motions, pleadings, notices, etc., be provided to me at this new address.

**I will notify the Clerk of Court in writing by filing a new Notice form if my address or telephone number changes.**

Date: ____________________ Signature: _____________________________