**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:26-CV-66**
**HONORABLE THOMAS S. KLEEH**

**TOWN OF WORTHINGTON, WEST VIRGINIA, DEBORAH K. HEFLIN, in her individual and official capacities as Mayor of the Town of Worthington; OFFICER GUMP, in his individual capacity; JOHN DOE OFFICER #2, individually; ROGER CUNNINGHAM, as Sheriff of Marion County, in his individual and official capacities; MARION COUNTY, WEST VIRGINIA; DEREK [LAST NAME UNKNOWN], individually; RENEE COURTNEY,**

**Defendants.**

## STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE

Pursuant to Rule 7.01 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of West Virginia, the Parties, by their respective counsel, hereby stipulate that the deadline for the Defendants, “Marion County, West Virginia”, “Roger Cunningham, as Sheriff of Marion County, in his individual and official capacities”, “Officer Gump, in his individual capacity”, and “John Doe Officer #2” (hereinafter collectively “Marion County Defendants”), to respond to the Complaint filed by Plaintiff, Michael Bowman, is further extended to September 17, 2026.

Dated this 15th day of September, 2026.

Prepared by:

/s/ Tiffany R. Durst

Tiffany R. Durst, Esq. State Bar No. 7441
**FLAHERTY SENSABAUGH BONASSO PLLC**
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
Telephone: (304) 598-0788 | Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com
*Counsel for Marion County Defendants*

Agreed to by:

/s/ Stephen P. New (w/permission by trd)

Stephen P. New, Esq. State Bar No. 7756
**STEPHEN NEW AND ASSOCIATES**
P.O. Box 5516
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017
Email: steve@newlawoffice.com
*Counsel for Plaintiff*