**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:26-CV-66
Judge Thomas S. Kleeh**

**TOWN OF WORTHINGTON, WEST VIRGINIA, DEBORAH K. HEFLIN, in her individual and official capacities as Mayor of the Town of Worthington; OFFICER GUMP, in his individual capacity; JOHN DOE OFFICER #2, individually; ROGER CUNNINGHAM, as Sheriff of Marion County, in his individual and official capacities; MARION COUNTY, WEST VIRGINIA; DEREK [LAST NAME UNKNOWN], individually; RENEE COURTNEY,**

**Defendants.**

## NOTICE OF APPEARANCE ON BEHALF OF THE DEFENDANT, TOWN OF WORTHINGTON, WEST VIRGINIA

To the Court and all parties in the above-styled action, please take notice that Tiffany R. Durst, Esq. will be representing Defendant, Town of Worthington, West Virginia, in the above-styled action. Ms. Durst is a member of Flaherty Sensabaugh Bonasso, PLLC, and works in the Morgantown, West Virginia office of Flaherty Sensabaugh Bonasso, PLLC. All future pleadings, notices, and correspondence may be served upon or directed to Tiffany R. Durst, Esq., as counsel for Defendant, Town of Worthington, West Virginia, by mailing them to the following address:

Tiffany R. Durst, Esq.
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
Telephone: (304) 598-0788
Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com

Dated this 15th day of September, 2026.

**Defendant, Town of Worthington, West Virginia, By Counsel:**

/s/ Tiffany R. Durst
Tiffany R. Durst, WV State Bar No. 7441

**FLAHERTY SENSABAUGH BONASSO PLLC**
48 Donley Street, Suite 501, Morgantown, West Virginia 26501
Telephone: (304) 598-0788 | Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:26-CV-66**
**Judge Thomas S. Kleeh**

**TOWN OF WORTHINGTON, WEST VIRGINIA, DEBORAH K. HEFLIN, in her individual and official capacities as Mayor of the Town of Worthington; OFFICER GUMP, in his individual capacity; JOHN DOE OFFICER #2, individually; ROGER CUNNINGHAM, as Sheriff of Marion County, in his individual and official capacities; MARION COUNTY, WEST VIRGINIA; DEREK [LAST NAME UNKNOWN], individually; RENEE COURTNEY,**

**Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, counsel of record for Defendant, Town of Worthington, West Virginia, does hereby certify on this 15th day of September, 2026, that a true copy of the foregoing "**NOTICE OF APPEARANCE"** was uploaded to the CM/ECF system to be served on all counsel of record as follows:

Stephen P. New, Esq.
STEPHEN NEW AND ASSOCIATES
P.O. Box 5516
430 Harper Park Drive
Beckley, WV 25801
*Counsel for Plaintiff*

And hereby further certifies that a true copy was served on *Pro Se Defendant*, Carole Renee Courtney via email, as follows:

Carole Renee Courtney
1711 Hamill Avenue
Clarksburg, WV 26301
renee.mtnstatement@gmail.com
*Pro Se Defendant*

/s/ Tiffany R. Durst
Tiffany R. Durst, WV State Bar No. 7441

**FLAHERTY SENSABAUGH BONASSO PLLC**
48 Donley Street, Suite 501, Morgantown, West Virginia 26501
Telephone: (304) 598-0788 | Facsimile: (304) 598-0790
Email: tdurst@flahertylegal.com