9589 0710 5270 4315 4053 73

U.S. Postal Service™

# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ ________

☐ Return Receipt (electronic) $ ________

☐ Certified Mail Restricted Delivery $ ________

[

[

P

$

T

$

S

S

C

Postmark Here

Renee Courtney
1711 Hamill Avenue
Clarksburg, WV 26301
1:26-cv-66 [11] 09/15/2026

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions