**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Renee Courtney
1711 Hamill Avenue
Clarksburg, WV 26301
1:26-cv-66 [8] 09/14/2026

2. Article Number (*Transfer from service label*)

9589 0710 5270 4315 4053 59

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X F.D. Hamrick ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) F. Hamrick

C. Date of Delivery 9/17/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED

SEP 21 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery