**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

MICHAEL BOWMAN,
Plaintiff,

v. Civil Action No. 1:26-cv-66

TOWN OF WORTHINGTON, et al.,
Defendants.

## EXHIBIT INDEX

Supporting Exhibits to Defendant C. Renee Courtney's Notice of Plaintiff's Counsel's Nonappearance at the Rule 26(f) Conference and Scheduling Constraints

| Exhibit | Description | Pages |
|---|---|---|
| A | Scheduling emails and Microsoft Teams invitation confirming the October 7, 2026 conference at 2:00 p.m. | 5 |
| B | Microsoft Teams screenshots showing Courtney waiting for admission and the call ending on October 7, 2026. | 1 |
| C | Kevin Courtney's telephone and text-message screenshots showing the 2:17 p.m. call, the office's 2:18 p.m. response, his reply, and message metadata showing that his reply was sent at 2:21 p.m. | 1 |
| D | October 7-8, 2026 email correspondence concerning the conference, including contemporaneous inquiries, responses from defense counsel, New's October 7 explanation and October 8 email, Courtney's replies, and her October 8 forwarding to the other participants. | 6 |