**EXHIBIT A**

Gmail C. Renee Courtney <renee.mtnstatement@gmail.com>

## Rule 26F conference Bowman v. Town of Worthington, et al, 1:26-CV-66

**Sarah Tremper** <sarah@newlawoffice.com> Wed, Sep 16, 2026 at 3:36 PM
To: "tdurst@flahertylegal.com" <tdurst@flahertylegal.com>, "renee.mtnstatement@gmail.com" <renee.mtnstatement@gmail.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Good afternoon,
The court has given parties until October 15, 2026, to hold a status conference for the above-mentioned case. Please advise three dates and times that will work for you.

Thank you,
Sarah Tremper

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Sep 17, 2026 at 7:30 AM
To: Sarah Tremper <sarah@newlawoffice.com>
Cc: "tdurst@flahertylegal.com" <tdurst@flahertylegal.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

**Good morning, Sarah,**

In response to your request, the following dates are available for me for the Rule 26(f) conference:

**Wednesday, October 7**
**Friday, October 9**
**Wednesday, October 14**

I can be flexible regarding the time on each of those dates. I am available to participate either by telephone or in person.

Given my existing September commitments and emergent circumstances previously documented in email correspondence with Mr. New and included in the filed record, dates in October would better accommodate my schedule.

If possible, I would prefer to avoid Tuesdays and Thursdays due to weekly staff meetings and deadline dates. I am also unavailable **September 18, September 25, September 28, September 29, September 30, and October 15** due to previously scheduled medical appointments, work obligations, and other commitments.

Additionally, I noticed that counsel for Defendant Deborah Heflin, **Bridgette R. Wilson and Greyson C. Teets**, do not appear to be listed on this email chain. I wanted to mention that in case they should be included in coordinating the Rule 26(f) conference.

Please let me know which date and time works best for everyone.

---

**Durst, Tiffany R.** <tdurst@flahertylegal.com> Thu, Sep 17, 2026 at 1:33 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>, Sarah Tremper <sarah@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Good afternoon Sarah, et al. –

Sorry for the delayed response. I'm currently down and out with a migraine and, as a result, moving a bit slowly.
I have added Bridgette Wilson, counsel for Deborah Heflin, to this email chain.

I am scheduled to be out of the office during the week of October 5, 2026. However, I can make myself available by telephone on either **October 7, 2026**, or **October 9, 2026**.

Unfortunately, I am not available on **October 14, 2026**.

I am scheduled to be out of the office during the week of October 5, 2026. However, I can make myself available by telephone on either **October 7, 2026**, or **October 9, 2026**.

Please let me know if either October 7 or October 9 works for everyone.

Unfortunately, I am not available on **October 14, 2026**.

Finally, as I advised Steve by separate email of this morning, I will be responding to the Complaint by tomorrow on behalf of the Marion County Defendants.

Best, Tiffany

**EXHIBIT A**

---

**Sarah Tremper** <sarah@newlawoffice.com> Thu, Sep 17, 2026 at 1:48 PM
To: "Durst, Tiffany R." <tdurst@flahertylegal.com>, "C. Renee Courtney" <renee.mtnstatement@gmail.com>, Bridgette Wilson <bwilson@bztlaw.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Good afternoon,
I apologize for any confusion my earlier email may have caused by accidentally leaving Bridgette Wilson out. **All parties seem to be available for October 7, 2026, at 2:00 p.m.** If this time does not work for you, please let me know as soon as possible.

Thank you,
Sarah Tremper

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Sep 17, 2026 at 2:23 PM
To: Sarah Tremper <sarah@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Bridgette Wilson <bwilson@bztlaw.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Good afternoon, Sarah,

October 7, 2026, at 2:00 p.m. works for me.

I saw Ms. Durst's response indicating her availability for October 7. However, unless I am overlooking it, I do not see a response in the email chain confirming Ms. Wilson's availability for that date and time on behalf of Defendant Heflin, so I will defer to her to confirm whether October 7 at 2:00 p.m. works for her as well.

Thank you,

C. Renee Courtney
Defendant, Pro Se

---

**Sarah Tremper** <sarah@newlawoffice.com> Thu, Sep 17, 2026 at 2:25 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>

Below is Ms. Wilson's confirmation that she is available on October 7th.

Thank you,
Sarah Tremper

---

**From:** Bridgette Wilson <bwilson@bztlaw.com>
**Sent:** Thursday, September 17, 2026 12:32 PM
**To:** Sarah Tremper <sarah@newlawoffice.com>; Durst, Esq., Tiffany <tdurst@flahertylegal.com>
**Subject:** Re: Rule 26F conference Bowman v. Town of Worthington, et al, 1:26-CV-66

Sarah,

I am adding Tiffany to this to ensure everyone is available? It seemed odd to me that this Order was filed before everyone was served and/or answered. But I suppose we don't have a choice. My week of October 5 looks fairly open now. The 6th-8th are open. Depending upon the time, I can make the 5th & the 9th work.

***Bridgette R. Wilson, Esq.***
***Busch, Zurbuch & Thompson, PLLC***

---

**bwilson@bztlaw.com** <bwilson@bztlaw.com> Thu, Sep 17, 2026 at 2:26 PM
To: Sarah Tremper <sarah@newlawoffice.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>, "C. Renee Courtney" <renee.mtnstatement@gmail.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

October 7 at 2:00 p.m. is fine with me. Will you arrange this as a video conference? Is that easiest? I don't believe any of us have an office in Marion County if you prefer to do this in person. Personally I don't know of a place there to use. I realize there are unpresented parties involved that need to be included too.

Bridgette R. Wilson, Esq.
Busch, Zurbuch & Thompson, PLLC

**EXHIBIT A**

**Sarah Tremper** <sarah@newlawoffice.com> Thu, Sep 17, 2026 at 2:28 PM
To: "bwilson@bztlaw.com" <bwilson@bztlaw.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>, "C. Renee Courtney" <renee.mtnstatement@gmail.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

This will be arranged as a video conference.

Thank you,
Sarah Tremper

---

**Bridgette Wilson** <bwilson@bztlaw.com> Thu, Sep 17, 2026 at 2:29 PM
To: Sarah Tremper <sarah@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, "C. Renee Courtney" <renee.mtnstatement@gmail.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Thank you for arranging this.

***Bridgette R. Wilson, Esq.***

---

**Durst, Tiffany R.** <tdurst@flahertylegal.com> Thu, Sep 17, 2026 at 2:33 PM
To: Sarah Tremper <sarah@newlawoffice.com>, "bwilson@bztlaw.com" <bwilson@bztlaw.com>, "C. Renee Courtney" <renee.mtnstatement@gmail.com>
Cc: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

As I said, I will be out of the office that week. Therefore, I may or may not be on video.

**Tiffany R. Durst**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Sep 17, 2026 at 3:48 PM
To: "Durst, Tiffany R." <tdurst@flahertylegal.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, "bwilson@bztlaw.com" <bwilson@bztlaw.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Good afternoon,

Just to clarify my understanding, we are agreed that the Rule 26(f) conference will be held on October 7, 2026, at 2:00 p.m. by video conference.

I am currently at work, and Gmail is not displaying the messages in this thread chronologically, so I am having to follow the progression by individual timestamps. I just want to make sure I have correctly understood the final arrangement.

Given Ms. Durst's clarification that she may or may not be available by video, will participation by telephone also be available as an option for the conference?

Thank you,

C. Renee Courtney
Defendant, Pro Se

---

**Stephanie Hotelling** <stephanie@newlawoffice.com> Thu, Sep 17, 2026 at 4:54 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, "bwilson@bztlaw.com" <bwilson@bztlaw.com>, Steve New <steve@newlawoffice.com>

Good afternoon. Yes, participation will be available via audio on the teams meeting. Thank you.

*Thank you,*

*Stephanie*

**EXHIBIT A**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Sep 17, 2026 at 7:29 PM
To: Stephanie Hotelling <stephanie@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, "bwilson@bztlaw.com" <bwilson@bztlaw.com>, Steve New <steve@newlawoffice.com>

**Stephanie,**

Thanks for the clarification. Am I correct to assume that I will be sent a link to join the Teams meeting? If so, should I expect to receive that in the near future, or will it be provided closer to the scheduled meeting date?

Also, is there any special software or application I will need to download in advance in order to participate by audio/video?

Respectfully,
**C. Renee Courtney**
Defendant, Pro Se

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Fri, Sep 18, 2026 at 4:23 PM
To: Stephanie Hotelling <stephanie@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>, Steve New <steve@newlawoffice.com>

Good afternoon all,

I wanted to follow up on my email yesterday regarding the October 7 Rule 26(f) conference at 2:00 p.m.

I just want to make sure I haven't missed any information regarding the Teams link or instructions for joining the conference. If those details will be provided closer to October 7, that is perfectly fine; I would just appreciate confirmation so I know what to expect.

I would also appreciate confirmation as to whether I will need to download any particular software or application in advance to participate by audio/video.

Thank you.

Respectfully,
C. Renee Courtney

That reads as **"I'm making sure I'm prepared,"** not **"you ignored my email."** Much better paper trail, too.

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Fri, Sep 18, 2026 at 4:37 PM
To: Stephanie Hotelling <stephanie@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>, Steve New <steve@newlawoffice.com>

Good afternoon,

Please disregard the commentary that inadvertently appeared below my signature in my previous email. It was an editing note accidentally included when I copied and pasted the final draft.

My apologies for the error.

Respectfully,
C. Renee Courtney

---

**Stephanie Hotelling** <stephanie@newlawoffice.com> Fri, Sep 18, 2026 at 5:07 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>

Ms. Courtney, we will provide you with the Zoom link next week. Thank you.

*Thank you,*

*Stephanie*

**EXHIBIT A**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Sat, Sep 19, 2026 at 7:42 AM
To: Stephanie Hotelling <stephanie@newlawoffice.com>, Steve New <steve@newlawoffice.com>, "tdurst@flahertylegal.com" <tdurst@flahertylegal.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>

Thank you Stephanie,

I will keep an eye out for it.

My apologies again for the additional line inadvertently included in my prior email. Truth be told, I had an exceptionally stressful day yesterday regarding my son's current health struggles, and I recognized that my frustration was unintentionally coming across as terse when I drafted the message.

I knew that wasn't a fair approach, as we are all busy, so I sought help softening the tone before sending it. Unfortunately, an additional line was inadvertently included when I copied the revised text.

Have a nice weekend.

Respectfully,
C. Renee Courtney

---

**Sarah Tremper** <sarah@newlawoffice.com> Mon, Sep 21, 2026 at 12:00 PM
To: Steve New <steve@newlawoffice.com>, "renee.mtnstatement@gmail.com" <renee.mtnstatement@gmail.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>, Bridgette Wilson <bwilson@bztlaw.com>

Rule 26F Conference for Bowman v. Heflin, et al

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/241432958783398?p=e2USL16KnVfsEm2urc

Meeting ID: 241 432 958 783 398

Passcode: tf9Cx9r6

---

Need help? | System reference

For organizers: Meeting options

---

invite.ics
5K

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Mon, Sep 21, 2026 at 12:04 PM
To: Sarah Tremper <sarah@newlawoffice.com>

Received