**EXHIBIT B**


1:54
Meeting
CC
Video is off
Mic is off
Speaker
Hey Carole Courtney, someone in the meeting should let you in soon


2:19
Meeting
Call ended
Call ended