# EXHIBIT C


2:33
Phone
Today
(304) 355-5565 (2)
Cooper
Wife
Wife
Yesterday
Wife
Keypad
Recents
Contacts


2:30
(304) 355-5565
Hi this is Stephen P. New, L.C., I saw that we just missed your call how can I help? Reply STOP to unsubscribe.
Hi this is Stephen P. New, L.C., I saw that we just missed your call how can I help?
My wife, Renee
Text mess...


2:30
(304) 355-5565
call how can I help?
My wife, Renee Courtney, has been waiting since 1:45 p.m. to be let into the Bowman scheduling conference call but hasn't been let in yet. She just added that the call had now ended.
Text mess...


9:14
Details
My wife, Renee Courtney, has been waiting since 1:45 p.m. to be let into the Bowman scheduling conference call but hasn't been let in yet. She just added that the call had now ended.
Status
Sent
From
You
Type
Text message
Priority