**EXHIBIT D**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 2:05 PM
To: Sarah Tremper <sarah@newlawoffice.com>

I have been in the meeting since around 1:47, I'm waiting to be let in.

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 2:07 PM
To: Sarah Tremper <sarah@newlawoffice.com>



# EXHIBIT D

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 2:19 PM
To: Sarah Tremper <sarah@newlawoffice.com>
Cc: Steve New <steve@newlawoffice.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>, Bridgette Wilson <bwilson@bztlaw.com>

I have been waiting to be let into the conference since around 1:47.




---

**Durst, Tiffany R.** <tdurst@flahertylegal.com> Wed, Oct 7, 2026 at 2:21 PM
To: "Renee Courtney C." <renee.mtnstatement@gmail.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>

I'm waiting as well.

Sent from Tiffany R. Durst, Esq.'s iPhone
Flaherty Sensabaugh Bonasso, PLLC
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
Office: (304) 225-3055
Cell: (304) 290-9578

---

**Bridgette Wilson** <bwilson@bztlaw.com> Wed, Oct 7, 2026 at 2:22 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>

I'm not in either. I tried again and am waiting

Bridgette Wilson
Busch, Zurbuch & Thompson
High & Court Streets
Elkins, WV 26241

**EXHIBIT D**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 2:24 PM
To: Bridgette Wilson <bwilson@bztlaw.com>
Cc: Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>




I got a "call ended" at 2:19pm

---

**Durst, Tiffany R.** <tdurst@flahertylegal.com> Wed, Oct 7, 2026 at 2:32 PM
To: "Renee Courtney C." <renee.mtnstatement@gmail.com>
Cc: Bridgette Wilson <bwilson@bztlaw.com>, Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>

It still says someone will let me in the meeting soon.

I have to log off. I think we need to reschedule.

Sent from Tiffany R. Durst, Esq.'s iPhone
Flaherty Sensabaugh Bonasso, PLLC

---

**Bridgette Wilson** <bwilson@bztlaw.com> Wed, Oct 7, 2026 at 2:35 PM
To: "Durst, Tiffany R." <tdurst@flahertylegal.com>
Cc: "Renee Courtney C." <renee.mtnstatement@gmail.com>, Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>

I say we just log out and re-schedule.

*Bridgette R. Wilson, Esq.*

---

**Durst, Tiffany R.** <tdurst@flahertylegal.com> Wed, Oct 7, 2026 at 2:37 PM
To: Bridgette Wilson <bwilson@bztlaw.com>
Cc: "Renee Courtney C." <renee.mtnstatement@gmail.com>, Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>

Agreed.

Sent from Tiffany R. Durst, Esq.'s iPhone
Flaherty Sensabaugh Bonasso, PLLC

**EXHIBIT D**

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 2:41 PM
To: "Durst, Tiffany R." <tdurst@flahertylegal.com>
Cc: Bridgette Wilson <bwilson@bztlaw.com>, Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>

My husband called while I was waiting because I didn't want to leave the waiting room and miss the meeting. He got the answering machine and left a voicemail, a few moments later he got a text from New's office regardiing the missed call and asked what he needed, while he was replying the conference screen chanted to "call ended" and he indicated that on the return text.

I will try the link again.

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 3:01 PM
To: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Steve New <steve@newlawoffice.com>
Cc: Bridgette Wilson <bwilson@bztlaw.com>

**Counsel,**

I am writing to express my deep concern regarding the failure of Plaintiff's counsel to appear at or facilitate today's scheduled 2:00 PM conference.

As a *pro se* litigant, I take court-ordered mandates and scheduled deadlines with the utmost seriousness. My family rearranged work obligations and personal schedules today specifically to ensure a quiet, professional environment for this proceeding. No request to postpone or reschedule this conference was ever communicated to the defendants.

**Per the Court's previous order, the strict deadline for the parties to complete this conference is October 15, 2026.** By failing to appear today, Plaintiff's counsel has left the defendants with a dwindling window to comply with the Court's mandate.

Because three separate defense parties sat waiting in the conference lobby for over 30 minutes without response or appearance from Plaintiff's counsel, I intend to formally file a Notice of Non-Appearance with the court. This filing will document the timeline of today's events, the lack of communication from the Plaintiff, and the necessary screenshots demonstrating our readiness to proceed.

Respectfully,

**C. Renee Courtney**
*Defendant, Pro Se*

---

**Steve New** <steve@newlawoffice.com> Wed, Oct 7, 2026 at 6:16 PM
To: "C. Renee Courtney" <renee.mtnstatement@gmail.com>, "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Emilee Wooldridge <emilee@newlawoffice.com>
Cc: Bridgette Wilson <bwilson@bztlaw.com>

My apologies. I was in a staff meeting that ran longer than anticipated today.

Please save your bloviating for social media. We have a week. I will make myself available any time between now and Oct 15 to carry out this routine Rule 26(f) conference.

Please advise dates and times and I will have my office circulate the link. Thank you

Steve New

**EXHIBIT D**

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Wed, Oct 7, 2026 at 7:24 PM
To: Steve New <steve@newlawoffice.com>
Cc: "Durst, Tiffany R." <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Emilee Wooldridge <emilee@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>

Mr. New,

I acknowledge your explanation regarding your absence from today's scheduled Rule 26(f) conference.

However, I must emphasize that the October 7 conference date and time were established following extensive correspondence among all parties concerning our respective schedules and availability, with the final arrangements agreed upon on September 17.

Both my husband and I took October 7 off from work specifically to accommodate this conference. These arrangements were made to ensure that I could be properly organized and prepared beforehand and participate in a quiet, private, and uninterrupted environment.

My workplace does not provide the privacy or appropriate computer access necessary for this conference. Furthermore, because the duration of the conference cannot be determined in advance, I cannot provide my employer with a reliable time at which I could return to work. Consequently, participation requires me to take the entire day off, not merely a portion of it.

Having already made these arrangements for a conference scheduled through extensive correspondence among all parties, requiring another full day away from work creates an unnecessary and avoidable burden.

I am unable to take another day off from work this week. Next week, I have previously scheduled family obligations, including my son's medical appointment and MRI on October 15. These scheduling limitations are not a refusal to participate. I remain willing to cooperate in completing the Rule 26(f) conference and will review what availability remains.

Furthermore, your response did not arrive until 6:16 p.m., more than four hours after the scheduled conference time, despite multiple attempts to contact your office while the parties were waiting.

I do not consider that delay acceptable under the circumstances. As a pro se defendant, I am expected to comply with the same procedural obligations and court-ordered deadlines as represented parties. I would reasonably expect my own failure to attend a mutually agreed conference without advance notice to be treated seriously, and I believe the same standard of professional responsibility should apply to all participants.

While I recognize that meetings can run longer than anticipated, the Rule 26(f) conference had been scheduled well in advance, with the agreement of all parties. Timely notification of your unavailability would not have prevented the loss of a workday or the burden of having to reschedule. It would, however, have prevented the additional and entirely unnecessary inconvenience of leaving the other parties waiting for a conference you were unavailable to attend, with no explanation or indication that it would not proceed as scheduled.

Regardless of any subsequent rescheduling, I still intend to file my Notice with the Court documenting today's scheduled conference, the circumstances surrounding its failure to occur, and the resulting scheduling difficulties.

Finally, my correspondence regarding today's missed conference addressed a legitimate procedural concern arising from a court-ordered deadline. Your characterization of that correspondence as "bloviating" was unnecessary, condescending, and unprofessional. I expect future communications concerning this litigation to remain professional and directed toward the substance of the matter.

Respectfully,

C. Renee Courtney
Defendant, Pro Se

**EXHIBIT D**

---

**Steve New** <steve@newlawoffice.com> Thu, Oct 8, 2026 at 6:27 AM
To: "Renee Courtney C." <renee.mtnstatement@gmail.com>
Cc: "Tiffany R. Durst" <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Emilee Wooldridge <emilee@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>

And I will Document for the Court your lack of availability for 8 days to complete what should be a 15 minute phone call. I will Work with the other defendants to complete the worksheet and circulate it to you in your absence. You don't get to threaten me with Rule 11, write paragraphs long inaccurate emails about a missed 15 minute scheduling conf and then "document" my behavior without being called on it. It's a scheduling conference - not argument before the US Supeme Court.

Emilee - send out a zoom link and invite for Monday at 1 pm please.

Tiffany would you mind to start on a first draft. When I emailed you yesterday about the conference I received A return message. Feel free to call me at anytime.

Steve New

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Oct 8, 2026 at 8:44 AM
To: Steve New <steve@newlawoffice.com>

Mr. New,

Monday, October 12, is a federal holiday, and I am not available to meet for the remainder of this week.

The tone of your email, as well as your statement that you will work with the other defendants to complete the worksheet in my absence, is unacceptable. I remain willing to participate in this joint effort and expect an opportunity to review and contribute to the draft before it is finalized or submitted to the Court. Any unresolved disagreements should be accurately reflected.

Additionally, informing opposing counsel of an intended filing is not a threat; it is notice of my intent. Any filings I inform you I am making, I fully intend to file.

I remain available to participate in the conference on October 13 or October 14, with October 14 being my preferred date. Please coordinate a mutually available time on one of those dates.

Respectfully,
C. Renee Courtney

---

**C. Renee Courtney** <renee.mtnstatement@gmail.com> Thu, Oct 8, 2026 at 9:07 AM
To: "Tiffany R. Durst" <tdurst@flahertylegal.com>, Sarah Tremper <sarah@newlawoffice.com>, Stephanie Hotelling <stephanie@newlawoffice.com>, Emilee Wooldridge <emilee@newlawoffice.com>, Bridgette Wilson <bwilson@bztlaw.com>

I I realized I inadvertently did not "reply all" to this email.

---------- Forwarded message ---------
From: **C. Renee Courtney** <renee.mtnstatement@gmail.com>
Date: Thu, Oct 8, 2026 at 8:44 AM
Subject: Re: Bowman v. Heflin, et al Rule 26F Conference
To: Steve New <steve@newlawoffice.com>

Mr. New,

Monday, October 12, is a federal holiday, and I am not available to meet for the remainder of this week.

The tone of your email, as well as your statement that you will work with the other defendants to complete the worksheet in my absence, is unacceptable. I remain willing to participate in this joint effort and expect an opportunity to review and contribute to the draft before it is finalized or submitted to the Court. Any unresolved disagreements should be accurately reflected.

Additionally, informing opposing counsel of an intended filing is not a threat; it is notice of my intent. Any filings I inform you I am making, I fully intend to file.

I remain available to participate in the conference on October 13 or October 14, with October 14 being my preferred date. Please coordinate a mutually available time on one of those dates.

Respectfully,
C. Renee Courtney