**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**MICHAEL BOWMAN,**

**Plaintiff,**

**v.** **Civil Action No. 1:26-cv-66**

**TOWN OF WORTHINGTON, WEST VIRGINIA, et al.,**

**Defendant.**

**ORDER OF REFERRAL [ECF NOS. 7, 18]**

Pending before the Court is pro se *Defendant Renee Courtney's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6)*, filed September 11, 2026, [ECF No. 7], and *Motion for Clarification of Service and Compliance with Rule 5*, filed September 25, 2026. [ECF No. 18].

For reasons appearing to the Court, pursuant to 28 U.S.C. § 636(b)(1)(B), *Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6)*, [ECF No. 7], is **REFERRED** to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a **REPORT AND RECOMMENDATION**, including, without limitation, conducting a hearing on the motion, if necessary, and entering into the record a proposed findings of fact and recommendations as to the appropriate disposition of the motion. Further, pursuant to 28 U.S.C. § 636(b)(1)(B), Defendant's *Motion for Clarification of Service and Compliance with Rule 5*, [ECF No. 18], is **REFERRED** to Magistrate Judge Michael J. Aloi, who is designated and authorized

to consider the record and do all things proper to render a decision, including, without limitation, conducting a hearing on the motion, if necessary, and entering into the record an order as to the appropriate disposition of the motion.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 14, 2026

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA