**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

MICHAEL BOWMAN,
Plaintiff,

v. Civil Action No. 1:26-cv-66 (Kleeh)

TOWN OF WORTHINGTON, et al.,
Defendants.

# EXHIBIT INDEX

Defendant C. Renee Courtney's Motion for Preservation Order Regarding Electronically Stored Information (ESI)

| Exhibit | Document Description | Relevance to ESI Preservation |
|---|---|---|
| **A** | September 30, 2026, publicly recorded statements of Stephen P. New following Plaintiff's arraignment. Relevant portion: timestamps 7:41–8:22. Original Facebook video and independently preserved YouTube copy. Includes video identification and attestation (A-1), Facebook publication screenshot (A-2), and transcript excerpt (A-3). (3 pages) | Documents counsel's acknowledgment that Plaintiff deactivated his social media accounts on advice of counsel and his explanation for that advice. |
| **B** | October 15, 2026, email correspondence: Defendant's written demand for preservation of ESI and Plaintiff's counsel's response. (2 pages) | Documents Defendant's demand for confirmation of preservation measures by October 20, 2026, and counsel's response concerning preservation instructions. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

MICHAEL BOWMAN,
Plaintiff,

Civil Action No. 1:26-cv-66 (Kleeh)

v.

TOWN OF WORTHINGTON, et al.,
Defendants.

## EXHIBIT INDEX

Defendant C. Renee Courtney's Motion for Preservation Order Regarding Electronically Stored Information (ESI)

| Exhibit | Document Description | Relevance to ESI Preservation |
|---|---|---|
| **A** | September 30, 2026, publicly recorded statements of Stephen P. New following Plaintiff's arraignment. Relevant portion: timestamps 7:41–8:22. Original Facebook video and independently preserved YouTube copy. (2 pages) | Documents counsel's acknowledgment that Plaintiff deactivated his social media accounts on advice of counsel and his explanation for that advice. |
| **B** | October 15, 2026, email correspondence: Defendant's written demand for preservation of ESI and Plaintiff's counsel's response. (2 pages) | Documents Defendant's demand for confirmation of preservation measures by October 20, 2026, and counsel's response concerning preservation instructions. |