# EXHIBIT A-1

## DOCUMENT DESCRIPTION:

September 30, 2026, publicly recorded statements by Stephen P. New following Plaintiff's arraignment in Kanawha County, West Virginia.

## PRIMARY SOURCE RECORD:

**Original Source:** Publicly recorded interview following Plaintiff's arraignment

**Original Platform:** Facebook

**Original Facebook Account:** Creepalachia

**Video Credit:** The Independent Herald (as credited in the Facebook post)

**Additional Source Information:** The Facebook publication credits The Independent Herald as the source of the footage. Defendant was unable to access the publication's website to locate or verify a corresponding original video link.

**Original Video Link:** https://www.facebook.com/reel/2351639015591673

**Preserved Video Link:** https://youtu.be/CKWWi2KxpzY?t=461

**Preservation:** Independently uploaded as an unlisted video on Defendant Courtney's YouTube channel to preserve a copy of the source video in the event the original becomes unavailable.

**Relevant Portion:** 7:41–8:22

**Evidentiary Significance:** Counsel publicly distinguished deactivation from deletion of Plaintiff's social media accounts, stated that the deactivation occurred on the advice of counsel, and explained that his advice was related to anticipated social media attention surrounding Plaintiff's criminal proceedings.

## EVIDENTIARY ATTESTATION PURSUANT TO 28 U.S.C. § 1746:

1. I reviewed the publicly recorded interview identified above and the portion between timestamps 7:41 and 8:22.

2. The original Facebook video link and independently preserved YouTube link identified above refer to the recording on which Exhibit A relies.

3. The screenshot attached as Exhibit A-2 is a true and accurate representation of the Creepalachia Facebook publication identifying the video and crediting The Independent Herald as the source of the footage.

4. The transcript excerpt attached as Exhibit A-3 reflects, to the best of my knowledge, the statements audible in the identified portion of the recording.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2026

C. Renee Courtney, Defendant Pro Se

EXHIBIT A-2

**Creepalachia** · **Follow**
October 1 at 8:14 AM ·

Michael Bowman Arraignment and his Attorney's Statement in Full. He has been charged with one felony count strangulation and the bond was set at $25,000.

Footage from The Independent Herald See less



952 487 82

# EXHIBIT A-3

# TRANSCRIPT EXCERPT

**TIMESTAMPS: 7:41–8:22**

**Phil Connor:** "Ya, um, Phil Connor, Independant Herald, Pittsburgh reporter. Um, the question that I have is um, he deleted all of his social media today..."

**Stephen New:** "He did not delete."

**Phil Connor:** "Or he deactivated."

**Stephen New:** "Deactivated -"

**Phil Connor:** "ok"

**Stephen New:** "social media on the advice of counsel."

**Phil Connor:** "Ok"

Stephen New turned to the WOWK reporter and continued:

**Stephen New:** "Because,this um, he's he's an influencer. Obviously he's covered some very high profile events here in West Virginia from the flock cameras in Huntington just a few weeks ago to the water crisis, um and because of that, because he does have a loud voice here in West Virginia, my advice to him was to stay out of the social media circus that's sure to follow."