FILED
NOV 05 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

MICHAEL BOWMAN,
Plaintiff,

Civil Action No. 1:26-cv-66
(TSK-MJA)

v.

TOWN OF WORTHINGTON, et al.,
Defendants.

**DEFENDANT CAROLE RENEE COURTNEY'S MOTION TO STAY DISCOVERY PENDING RULING ON RULE 12(b)(5) AND 12(b)(6) MOTION TO DISMISS**

COMES NOW Defendant Carole Renee Courtney, appearing *pro se*, and respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 26(c) and the inherent equitable power of the Court, for an order staying all discovery obligations, disclosures, and related proceedings as to Defendant Courtney pending a ruling on her threshold Rule 12(b)(5) and 12(b)(6) Motion to Dismiss [ECF No. 7].

In support of this Motion, Defendant Courtney states as follows:

1. **Pending Threshold Dispositive Motion:** Defendant Courtney has filed a Rule 12(b)(5) and 12(b)(6) Motion to Dismiss [ECF No. 7] seeking dismissal of all claims asserted against her in Plaintiff's Complaint (specifically Count VII for alleged § 1983 conspiracy and Count XII for defamation and false light invasion of privacy). That motion challenges the legal sufficiency of the pleadings on the face of the Complaint.

2. **Referral of Pending Dispositive Motion:** By Order entered October 14, 2026 [ECF No. 20], District Judge Thomas S. Kleeh referred Defendant Courtney's pending Motion to Dismiss [ECF No. 7] to Magistrate Judge Michael J. Aloi for consideration and issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The threshold motion therefore remains pending before the Court through the established referral

process, and Defendant respectfully requests that discovery obligations as to her be stayed pending its disposition.

3. **Contingency Framework Recognized in Rule 26(f) Report:** As formally documented and filed in the Parties' Rule 26(f) Report [ECF No. 22], Defendant Courtney expressly preserved her pending Motion to Dismiss and maintained that discovery as to her should be stayed pending the Court's ruling, with the proposed scheduling deadlines serving strictly as a contingency framework in the event the Court declines to stay discovery.

4. **Good Cause and Avoidance of Undue Burden:** Defendant Courtney submits that good cause exists for a stay while a threshold dispositive motion challenges the legal viability of claims against her. Requiring an unrepresented *pro se* defendant to expend significant time and resources engaging in broad civil discovery, including initial disclosures and potential depositions, while a motion testing the sufficiency of the claims remains pending would impose a potentially avoidable burden and would not promote efficient case management.

5. **No Prejudice to Plaintiff:** A limited pause of discovery as to Defendant Courtney pending resolution of her dismissal motion would not unduly prejudice Plaintiff, whereas requiring her participation before the Court resolves the threshold legal challenges would impose potentially unnecessary burdens upon a *pro se* litigant.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Carole Renee Courtney respectfully requests that the Court enter an Order:

1. Staying all discovery obligations, initial disclosures, and scheduling deadlines as to Defendant Courtney pending a ruling on her Rule 12(b)(5) and 12(b)(6) Motion to Dismiss [ECF No. 7];

2. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Carole Renee Courtney
Defendant, *Pro Se*
Date: November 5, 2026

**CERTIFICATE OF SERVICE**

I, C. Renee Courtney, appearing *pro se*, hereby certify that on November 5, 2026 , I served a true and correct copy of Defendant Carole Renee Courtney's Motion to Stay Discovery Pending Ruling on Rule 12(b)(5) and Rule 12(b)(6) Motion to Dismiss upon all counsel of record by electronic mail, as follows:

**Stephen P. New**
steve@newlawoffice.com

**Tiffany R. Durst**
tdurst@flahertylegal.com

**Bridgette R. Wilson**
bwilson@bztlaw.com

Courtesy copies were also sent to Jennifer Maxwell (jmaxwell@flahertylegal.com) and Jodie Sanborn (jsanborn@bztlaw.com).

Pursuant to written confirmations exchanged and agreed upon by all parties on October 15, 2026, all counsel of record have agreed to accept service of all documents in this matter via electronic mail.

C. Renee Courtney
Defendant, Pro Se
Date: November 5, 2026