9589 0710 5270 4315 4062 71

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certi
☐ Adult
☐ Adult
Postage
$
Total Po
$
Sent To
Street a
City, Sta

Postmark
e

Renee Courtney
1711 Hamill Avenue
Clarksburg, WV 26301
1:26cv66 [28] 11/6/2026

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions